IN THE UNITED STATES DISTIRCT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| Government | : | No. 23-509-2 |
| v. | : | |
| ERIC DICKERSON | | |
| Defendant | : | |

## ORAL MOTION AND ORDER

On September 19, 2024, counsel for Defendant made an Oral Motion during trial Dismissing Count 2 of the Indictment and the Oral Motion was Denied.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge

3/2024