IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-509-2 |
| | : | |
| ERIC DICKERSON<br>USM 92013-510 | : | |

# JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 23rd day of September, 2024, came the attorney for the government and the defendant being present with counsel, and

☐     The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐     A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒     The jury has returned its verdict, finding the defendant not guilty as to: Count 2 of the Indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge

Cc:     U.S. Marshal
        Probation Office
        Counsel

9/23/2024
Date
By Whom   Christian Henry

Cr 1 (5/21)